■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIUS PURRELL, Appellant. [651 NYS2d 902] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered May 12, 1993, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

A review of the record reveals that the defendant received the effective assistance of counsel (*see, Strickland v Washington,* 466 US 668, 692; *People v Flores,* 84 NY2d 184, 187; *People v Garcia,* 75 NY2d 973, 974; *People v Mahboubian,* 74 NY2d 174, 183).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]), or do not warrant reversal in light of the overwhelming evidence of his guilt (*see, People v Crimmins,* 36 NY2d 230). Bracken, J. P., Pizzuto, Santucci and Friedmann, JJ., concur.